

# IN THE COURT OF CRIMINAL APPEALS

# OF TEXAS

EX PARTE FLORES, CHARLES DON                    CAUSE NUMBER WR-64,654-02

## **<u>ORDER</u>**

The above styled and numbered cause is before this Court on application for writ of habeas corpus from Applicant's Capital Murder conviction in Cause No. F9802133-N from the 195th District Court of Dallas County.

The Court is of the opinion that the video of hypnosis session should be inspected. Pursuant to TEX. R. APP. P. 34.6(g)(2), the District Clerk of Dallas County is ordered to file the Exhibit with the Clerk of this Court on or before the 3rd day of February, 2020.

IT IS SO ORDERED THIS THE 22ND DAY OF JANUARY, 2020.

PER CURIAM

EN BANC

DO NOT PUBLISH